**Order issued February 6, 2013**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-11-00024-CV**

_____

**ELIZABETH A. FLACK-BATIE AND LISA A. BATIE, Appellants**

**V.**

**CAMDEN CIMARRON, Appellee**

## ORDER

Before the Court are appellants' motions to file their reply brief and their supplemental brief.  For the reasons stated in this Court's opinion of this date, we **GRANT** the motion to file the reply brief, but **DENY** the motion to file the supplemental brief.  We **ORDER** that appellants' reply brief received by this Court on July 6, 2012, shall be deemed filed as of that date.

    ___/David L. Bridges/_____
    DAVID L. BRIDGES
    JUSTICE